**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| MICHAEL G. MURPHY, an individual, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br>      v.<br><br>FLYNN RESTAURANT GROUP, LP, a Delaware limited partnership, RB AMERICAN GROUP, LLC, d/b/a Arby's, a Tennessee limited liability company, and DOES 1 through 5,<br><br>            Defendants. | Civil Action No. 1:19-cv-883 |

## STIPULATION FOR DISMISSAL

Plaintiff, MICHAEL G. MURPHY, and Defendants, FLYNN RESTAURANT GROUP, LP, and RB AMERICAN GROUP, LLC, by and through their undersigned counsel, hereby stipulate that:

1.   This action shall be DISMISSED, with prejudice, as between all parties, and;

2.   Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated:  October 8, 2020                                                  Respectfully Submitted,

| | |
|---|---|
| **NYE, STIRLING, HALE & MILLER, LLP** | **OGLETREE DEAKINS NASH SMOAK & STEWART** |
| */s/ Benjamin J. Sweet*<br>Benjamin J. Sweet, Esq.<br>1145 Bower Hill Road, Suite 104<br>Pittsburgh, PA 15243<br>ben@nshmlaw.com | */s/ Jennifer Rusie*<br>Jennifer Rusie, Esq.<br>401 Commerce Street, Suite 1200<br>Nashville, TN 37219<br>jennifer.rusie@ogletreedeakins.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2020, I served a true and complete copy of the foregoing document entitled **STIPULATION FOR DISMISSAL** via the Court's CM/ECF filing system to the following:

Jennifer Rusie, Esq.
**OGLETREE DEAKINS NASH SMOAK & STEWART**
2000 S. Colorado Blvd., Tower 3, Suite 900 Denver, CO 80222
jennifer.rusie@ogletreedeakins.com

Attorneys for Defendants Flynn Restaurant Group, LP,
RB American Group, LLC and Does 1-5

/s/ Benjamin J. Sweet
Benjamin J. Sweet